UNITED STATES DISTRICT COURT
SOUTHERN DISTRICT OF GEORGIA
DUBLIN DIVISION

| IN THE MATTER OF THE SEARCH OF: 73 PINE STREET, WRIGHTSVILLE, GEORGIA 30916, and outbuildings, vehicles and persons located therein or within the curtilage | Case No. MJ116-0019 |
|---|---|

### ORDER

The Court having considered the Government's Motion to Seal, hereby GRANTS the motion and ORDERS that the search warrant and its related papers, the motion of the Government, and this Order by SEALED until further order of the Court.

This 9th day of June, 2016.

_____
Brian K. Epps
United States Magistrate Judge
Southern District of Georgia

**SEALED AND IMPOUNDED**