UNITED STATES DISTRICT COURT
SOUTHERN DISTRICT OF GEORGIA
DUBLIN DIVISION

| IN THE MATTER OF THE SEARCH OF INFORMATION ASSOCIATED WITH **yvince39@yahoo.com** THAT IS STORED AT PREMISES CONTROLLED BY Yahoo! Inc. | Case No. 1:16-mj-19 <br><br> **Filed Under Seal** |
| --- | --- |

## **ORDER**

The Court having considered the Government's Motion to Seal, hereby GRANTS the motion and ORDERS that the search warrant and its related papers, the motion of the Government, and this Order by SEALED until further order of the Court.

This 22nd day of June, 2016.



Brian K. Epps
United States Magistrate Judge
Southern District of Georgia

SEALED AND IMPOUNDED