FILED
U.S. DISTRICT COURT
AUGUSTA DIV.
2016 NOV 18 PM 4:25
CLERK C Adams
SO. DIST. OF GA.

UNITED STATES DISTRICT COURT
SOUTHERN DISTRICT OF GEORGIA
DUBLIN DIVISION

IN THE MATTER OF THE SEARCH OF INFORMATION ASSOCIATED WITH yvince39@yahoo.com THAT IS STORED AT PREMISES CONTROLLED BY Yahoo! Inc.

Case No. 1:16-mj-19

### ORDER

Upon motion of the United States for an order unsealing the Search Warrant, Application, and Supporting Affidavit filed on or about June 22, 2016, together with any Motion to Seal and Order sealing said documents in the above-referenced matter, and good cause appearing therefor, the investigation of the Defendant having been concluded and will no longer be compromised by the unsealing of the documents and that the materials will be provided to defense counsel as part of discovery, it is hereby,

ORDERED that the Government's motion is GRANTED. The Search Warrant, Application, and Supporting Affidavit filed on or about June 22, 2016, together with any Motion to Seal and Order sealing said documents in the above-referenced matter, are hereby UNSEALED.

This 18th day of November, 2016.

_____
Hon. Brian K. Epps
United States Magistrate Judge
Southern District of Georgia